MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700  Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 7 |
| GLOBAL OEM SOLUTIONS, LLC, | Bankruptcy No. 07-52027 ASW |
| Debtor. | |
| AVI MUKHERJEE and KUMAR S. SRIPADAM, | Adversary No. 07-05148 ASW |
| Plaintiffs, vs. | |
| GLOBAL OEM SOLUTIONS, LLC, | |
| Defendant. | HON. ARTHUR S. WEISSBRODT |

**ANSWER**

Global OEM Solutions (hereinafter "Global") answers the complaint for itself alone as follows:

1. Global admits the allegations of paragraphs 1, 2, 3, 4, 7(b) and 7(d).

2. Global is without sufficient information to admit the allegations of the following paragraphs and therefore denies them on information and belief: 6, and 7(j),

3. Global denies the allegations of paragraphs 5, 7(a); 7(c); 7(e); 7(f); 7(g); 7(h); 7(i); 7(k); 7(l); 7(m); 8(a); 8(b); 8 c; 8(d); 9, and 10.

## AFFIRMATIVE DEFENSES

4. Mukhergee's loans to Sir were made in connection with gambling engaged in by both parties. There are no promissory notes reflecting the debt.

5. Mukhergee invested no money in Global OEM Solutions.

WHEREFORE,

Global prays that the plaintiffs take nothing by their complaint; for the costs of suit herein, and for such other relief as is just.

MORAN LAW GROUP

Date: _____    _____
CATHLEEN COOPER MORAN
Attorney for Raymond Sir