Entered on Docket
July 31, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700  Fax: (650) 694-4818
Email: ccmoran@moranlaw.net

Attorney for Debtor

**The Relief Sought in the following order is DENIED. Signed July 30, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 7 |
| GLOBAL OEM SOLUTIONS, LLC, | Bankruptcy No. 07-52027 ASW |
| Debtor. | |
| AVI MUKHERJEE and KUMAR S. SRIPADAM, | Adversary No. 07-05148 RLE |
| Plaintiffs, | |
| vs. | |
| GLOBAL OEM SOLUTIONS, LLC, | |
| Defendant. | HON. ROGER L. EFREMSKY |

**ORDER CONSOLIDATING ADVERSARIES**

Pursuant to the stipulation of the parties, filed October 26, 2007, this case is consolidated for all purposes with Adversary Number 07-05147.

***END OF ORDER***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Moran Law Group, Inc.<br>1674 N. Shoreline Blvd., Ste. 140<br>Mountain View, CA 94043 |
| 4 | |
| 5 | James Cai<br>Paul D. Hunt<br>Schein & Cal LLP |
| 6 | 100 Century Center Court, Suite 315<br>San Jose, CA 95112-4535 |
| 7 | |
| 8 | Raymond Sir<br>1087 Foxhurst Way<br>San Jose, CA 95120 |
| 9 | |
| 10–28 | |